GAIL WALLIS v. NEW JERSEY LIFE INSURANCE COMPANY.

December 15, 1981.

Cross-petition for certification denied.

LEONARD G. CUZZI v. TOWN OF KEARNY.

December 15, 1981.

Petition for certification denied.

IN THE MATTER OF CHARLES A. LEARY.

December 15, 1981.

Petition for certification granted.   (See 180 *N.J.Super.* 557)

DENNIS JUDGE v. MORRIS COUNTY.

December 15, 1981.

Petition for certification denied.